912

No. 76–6436. Negron v. United States. C. A. 2d Cir. Certiorari denied. 

No. 76–6546. Picha v. United States. C. A. 7th Cir. Certiorari denied.

No. 76–6548. Kelly v. United States; and
No. 76–6549. Powell v. United States. C. A. 8th Cir. Certiorari denied. Reported below: 551 F. 2d 760.

No. 76–6552. Russillo v. United States. C. A. 2d Cir. Certiorari denied. 

No. 76–6553. Loman et vir v. United States. C. A. 7th Cir. Certiorari denied. 

No. 76–6589. House v. United States. C. A. 9th Cir. Certiorari denied.

No. 76–6591. Jardan v. United States; and
No. 76–6611. Hudson v. United States. C. A. 8th Cir. Certiorari denied. Reported below: 552 F. 2d 216.

No. 76–6597. Edmond v. United States. C. A. 6th Cir. Certiorari denied. 

No. 76–6702. Evans v. Florida. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. 

No. 76–6709. Reece v. Montana. Sup. Ct. Mont. Certiorari denied. 

No. 76–6712. Finnegan v. Maryland. Ct. Sp. App. Md. Certiorari denied. 

No. 76–6787. Sanchez-Ruiz v. United States. C. A. 5th Cir. Certiorari denied. 

No. 76–6818. Barker v. Kentucky. Sup. Ct. Ky. Certiorari denied.